# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARLEEN NATALIE RAMIREZ,<br><br>Defendant. | CASE NO.: 20-CR-01603-JLS<br><br>**Order Continuing Motion Hearing/Trial Setting** |

The parties' joint motion to continue sentencing from October 23, 2020 to November 20, 2020 at 1:30 p.m. is granted, on the grounds stated therein. The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 18 and subsequent related orders.

IT IS SO ORDERED.

Dated: October 21, 2020

Hon. Janis L. Sammartino
United States District Judge