UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARLEEN NATALIE RAMIREZ,<br><br>Defendant. | CASE NO.:  20CR1603-JLS<br><br>Hon. Jan L. Sammartino<br>Courtroom 4D<br><br>ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING |
|---|---|

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in this case be continued from November 20, 2020 until December 18, 2020 at 1:30 p.m.  For the reasons set forth in the motion, time is excluded in the interests of justice under 18 U.S.C. § 3161.

**SO ORDERED.**

Dated:  November 18, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge